IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                          |   |                            |
|--------------------------|---|----------------------------|
| UNITED STATES OF AMERICA | : |                            |
|                          | : |                            |
| v.                       | : | Criminal No. DKC 20-0442   |
|                          | : |                            |
| RAYMOND DRUMGOOLE        | : |                            |
|                          | : |                            |

**MEMORANDUM OPINION and ORDER**

Magistrate Judge J. Mark Coulson ordered Raymond Drumgoole detained on December 16, 2020, after holding a detention hearing. (ECF Nos. 18, 19). Mr. Drumgoole moved for a review of that order (ECF No. 22) and, after supplementation (ECF Nos. 25, 27, 29, and 31), the court confirmed the order of detention on March 12, 2021, upon a *de novo* review (ECF Nos. 33, 34).

Mr. Drumgoole retained counsel, Donald Wright, on May 18, 2021 (ECF No. 42) and has filed a second motion for reconsideration or review of the detention order. The motion recites that he appeared in the Circuit Court for Baltimore City on a detainer for violation of probation and was released. He asserts that, as a result, there had been a "material change" in his circumstances (ECF No. 43). The court requested clarification about whether he sought to reopen the detention decision before the magistrate judge or to obtain further review by the undersigned. The order

requesting clarification noted that, "the presence of the detainer played no role in the court's affirmance of the detention order."

The government filed a joint supplemental status report on June 17, 2021, (ECF No. 51) confirming that Mr. Drumgoole "does not intend to supplement or raise new grounds for appeal of the detention order. Accordingly, the defendant's attorney concedes that the court should deny the pending appeal."

Accordingly, it is this 21st day of June, 2021, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The motion for reconsideration of detention status (ECF No. 43) BE, and the hereby IS, DENIED;

2. The detention order entered by Magistrate Judge J. Mark Coulson dated December 16, 2020 (ECF No. 19) BE, and the same hereby IS, CONFIRMED; and

3. The Clerk will transmit a copy of this Memorandum Opinion and Order to counsel of record.

/s/<br>
DEBORAH K. CHASANOW<br>
United States District Judge